DANIEL T. HAYWARD (SBN 5986)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
dhayward@laxalt-nomura.com
*Attorneys for Defendant,*
THE RICHARDS GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NUTRIENT FOODS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE RICHARDS GROUP, INC., a Texas Corporation, and DOES I-X inclusive, <br><br> Defendants. | Case No.: 3:17-cv-00434-MMD-WGC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff NUTRIENT FOODS, LLC and Defendant THE RICHARDS GROUP, INC., by and through their respective counsel and pursuant to Fed. R. Civ. Proc. 41, hereby stipulate that the Court may dismiss this matter in its entirety with prejudice, with each party to bear its own costs and attorney fees.

DATED this 16th day of November, 2017.

_____
DANIEL T. HAYWARD (SBN 5986)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
dhayward@laxalt-nomura.com
*Attorneys for Defendant,*
THE RICHARDS GROUP, INC.

DATED this 16th day of November, 2017.

*/s/ Clayton P. Brust*
CLAYTON P. BRUST (SBN 5234)
MARK G. SIMONS (SBN 5132)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941
cbrust@rbsllaw.com
msimons@rbsllaw.com
*Attorneys for Plaintiff*
*NUTRIENT FOODS, LLC*

## ORDER

IT IS SO ORDERED.

DATED this 16th day of November, 2017.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE